# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL R. PEYLA, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | CIVIL NO. 07-cv-579-MJR |
| vs. ) | |
| ) | CRIMINAL NO. 04-cr-30010 |
| UNITED STATES of AMERICA, ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Petitioner entered an open plea to charges involving the possession and distribution of marijuana. He was sentenced to 150 months imprisonment, five years supervised release, a fine of $6,000, and a special assessment of $200. On appeal, he challenged several aspects involving calculation of his sentence, none of which were successful. *United States v. Peyla*, 208 Fed.Appx. 472 (7th Cir., Dec. 12, 2006), *cert. denied,* 127 S.Ct. 2056 (2007), *reh'g denied*, 127 S.Ct. 2908 (2007). Petitioner then filed the instant motion under § 2255.

In his motion, Petitioner raises four grounds for relief: (1) trial counsel was ineffective in failing to properly advise him of the risks of testifying at his sentencing hearing; (2) trial counsel was ineffective during plea negotiations; (3) trial counsel was ineffective in advising him to reject the government's sentencing offer; and (4) his sentence was imposed in violation of his right to proof of all factors beyond a reasonable doubt.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**DATED this 9th day of July, 2008.**

                                                **s/ Michael J. Reagan**
                                                **MICHAEL J. REAGAN**
                                                **United States District Judge**